UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:

**KASHWISE GLOBAL FUNDING
SOLUTIONS INC.,**

        **Plaintiff,**

**vs.**

**RIOT BLOCKCHAIN INC.,**

        **Defendant.**
_____/

## DEFENDANT'S NOTICE OF REMOVAL

To:    The Honorable Judges of the United States District Court for the Southern District of Florida

PLEASE TAKE NOTICE that Defendant, RIOT BLOCKCHAIN INC. ("Defendant"), by filing this Notice of Removal and related papers, removes this action from the Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, pursuant to Fed. R. Civ. P. 81 and 28 U.S.C. §§ 1332, 1441 and 1446. In support of this removal, Defendant states as follows:

1. Plaintiff, KASHWISE GLOBAL FUNDING SOLUTIONS INC. ("Plaintiff") filed this action in the Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida, against Defendant on or about April 7, 2020.

2. Included within Exhibit "A" hereto are true and correct copies of all process, pleadings and orders served upon Defendant.

3.  This Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) and (c)(1) because this is an action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.  In particular, Plaintiff is a Florida corporation with its principle place of business in Florida; Defendant is a Nevada corporation with its principle place of business in Colorado. *See* Complaint, ¶¶ 2-3; *see also* Ex. 1 to Complaint, at first sentence. Accordingly, Plaintiff is a citizen of the state of Florida, and Defendant is a citizen of the states of Nevada and Colorado. *See* 28 U.S.C. § 1332(c)(1).

5.  In addition, among other relief, Plaintiff seeks damages facially in excess of $75,000.00, exclusive of interest and costs. *See* Complaint, ¶¶ 4(b), 10, 16, 18, 23 and WHEREFORE clause.

6.  Defendant consents to the removal of this action and timely files this notice within 30 days after service of the Summons on Defendant.

7.  Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

8.  Defendant will promptly file a copy of this notice with the Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida as required by 28 U.S.C. § 1446(d).

9.  By reason of the above, this matter should be removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted this 1st day of May, 2020.

**ROGERS TOWERS, P.A.**

/s/*Christopher C. Hazelip*
Christopher C. Hazelip
Florida Bar No.: 438049
Samuel J. Horovitz
Florida Bar No.: 59015
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
Chazelip@rtlaw.com (email)
Shorovitz@rtlaw.com (email)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have served a copy on the following via email and regular U.S. Mail:

Victor K. Rones, Esquire
Victor K. Rones, P.A.
16105 NE 18 Avenue
North Miami Beach, Florida 33162
Email: law@victorkronespa.com

*Attorney for Plaintiff*

/s/*Christopher C. Hazelip*
Attorney