UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60883-CIV-SINGHAL

KASHWISE GLOBAL FUNDING SOLUTIONS, INC.,

    Plaintiff,

v.

RIOT BLOCKCHAIN, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with this Court's Order (DE [49]), entered separately on August 12, 2021, granting Defendant's Motion for Summary Judgment and Supporting Memorandum of Law (DE [25]), it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant, RIOT BLOCKCHAIN, INC., and against Plaintiff, KASHWISE GLOBAL FUNDING SOLUTIONS, INC. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of August 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF