UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60883-CIV-SINGHAL/Valle

KASHWISE GLOBAL FUNDING SOLUTIONS, INC.,

    Plaintiff,

v.

RIOT BLOCKCHAIN, INC.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to the District Judge (DE [61]) issued on December 22, 2021. Therein, Magistrate Judge Valle considered Defendant's Application to Tax Costs and Supporting Memorandum of Law (DE [53]) and recommends Defendant be awarded costs in the amount of $3,961.00 against Plaintiff.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [7]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and

Recommendation (DE [61]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to the District Judge (DE [61]) is **AFFIRMED** and **ADOPTED**. Defendant's Application to Tax Costs and Supporting Memorandum of Law (DE [53]) is **GRANTED**. Defendant RIOT BLOCKCHAIN, INC. is **AWARDED** total costs in the amount of **$3,961.00**, comprising $400 in filing fees and $3,561 in transcript fees. Plaintiff KASHWISE GLOBAL FUNDING SOLUTIONS, INC. is **ORDERED** to pay Defendant RIOT BLOCKCHAIN, INC.'s total costs in the amount of $3,961.00.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of February 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF