UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60883-CIV-SINGHAL/Valle

KASHWISE GLOBAL FUNDING SOLUTIONS, INC.,

    Plaintiff,

v.

RIOT BLOCKCHAIN, INC.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to the District Judge (DE [63]) issued on January 10, 2022. Therein, Magistrate Judge Valle considered Defendant's Verified and Unopposed Motion for Attorney's Fees and Incorporated Memorandum of Law (DE [55]) and recommends Defendant's motion be granted in part and denied in part and Defendant be awarded the amount of $83,571.75 in attorney's fees.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [7]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record

and has made a *de novo* review of the issues.  No objections to the Report and Recommendation (DE [61]) have been filed, thus, the Court reviews it for clear error.  *See* Fed. R. Civ. P. 72.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to the District Judge (DE [61]) is **AFFIRMED** and **ADOPTED**. Defendant's Verified and Unopposed Motion for Attorney's Fees and Incorporated Memorandum of Law (DE [55]) is **GRANTED IN PART AND DENIED IN PART**. Defendant RIOT BLOCKCHAIN, INC. is **AWARDED** attorney's fees in the amount of **$83,571.75**.  Plaintiff KASHWISE GLOBAL FUNDING SOLUTIONS, INC. is **ORDERED** to pay Defendant RIOT BLOCKCHAIN, INC.'s attorney's fees in the amount of $83,571.75.  The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of February 2022.

                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF